AO 442 (Rev. 12/85) Warrant for Arrest  AUSA Terrence J. Thompson  DEA TFO EDDY MARILL (954) 489-1823

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA
V.
RAYNOR E. JAMES

**WARRANT FOR ARREST**

CASE NUMBER: 00-4222-Snow

FILED
SEP 22 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **RAYNOR E. JAMES** _____
<br>Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to possess with intent to distribute cocaine; and Possess with intent to distribute cocaine;

in violation of Title 21 United States Code, Section(s) 846 and 841(a)(1)

LURANA S. SNOW | UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer | Title of Issuing Officer

*Jerry Jordan* | 9-22-00  Ft Lauderdale
Signature of Issuing Officer | Date and Location

Bail fixed at $ Pre-trial detention *requested* | by *Lurana S. Snow* LURANA S. SNOW, UNITED STATES MAGISTRATE JUDG
 | Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ RAYNOR E. JAMES _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____ 10/10/54 _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

DESCRIPTION OF AUTO: _____

_____

_____

INVESTIGATIVE AGENCY AND ADDRESS: ____DEA, 1475 CYPRESS CREEK ROAD, FORT LAUDERDALE, FL 33309____

_____TFO EDDY MARILL (954) 489-1823_____