TJT:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6285**
21 U.S.C. §846
21 U.S.C. §841(a)(1)
18 U.S.C. §924(c)

**CR-SEITZ**

MAGISTRATE JUDGE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAYNOR E. JAMES, and
QUINCE ALBERT STEWART,

    Defendants.

## INDICTMENT

The Grand Jury charges that:

### COUNT I

From on or about September 15, 2000, through on or about September 20, 2000, at Broward County, and elsewhere, in the Southern District of Florida, the defendants,

RAYNOR E. JAMES, and
QUINCE ALBERT STEWART,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons unknown to the Grand Jury, to distribute a Schedule II controlled substance, that is, at least five (5) kilograms of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

## COUNT II

On or about September 22, 2000, at Broward County, in the Southern District of Florida, the

defendants,

### RAYNOR E. JAMES, and
### QUINCE ALBERT STEWART,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, at least five (5) kilograms of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT III

On or about September 22, 2000, at Broward County, in the Southern District of Florida, the

defendant,

### QUINCE ALBERT STEWART,

did knowingly use and carry a firearm, that is, a semi-automatic Beretta hand gun, during and in relation to a drug trafficking crime, which is a felony prosecutable in a Court of the United States, that is a violation of Title 21, United States Code, Section 841(a)(1) as set forth in Court II of this Indictment; all in violation of Title 18, United States Code, Sections 924(c), and 2.

## COUNT IV

Upon conviction of the foregoing offenses, as alleged in Counts I and II of this Indictment, the defendants, RAYNOR E. JAMES and QUINCE ALBERT STEWART, shall forfeit to the United States any and all property constituting or derived from any proceeds the said defendant obtained

- 2 -

directly or indirectly as a result of such violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of such violations, all in accordance with Title 21, United States Code, Section 853. Such forfeitures shall include but not limited to the following:

1. Twenty-six thousand, four hundred ($26,400) in United States currency.
2. One semi-automatic Beretta hand gun.

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: RAYNOR E. JAMES          NO. _____

Count #I:  21 U.S.C. § 846; Conspiracy to Possess with Intent to Distribute Cocaine

*Max. Penalty: 10 years' mandatory minimum to life imprisonment; $4,000,000 fine

Count #II:  21 U.S.C. 841(a)(1) Possession with Intent to Distribute Cocaine

*Max. Penalty: 10 years' mandatory minimum to life imprisonment; $4,000,000 fine

Count # : _____

*Max. Penalty: _____

Count # _____

*Max. Penalty: _____

Count #: _____

Max. Penalty: _____

Count#: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**PENALTY SHEET**

Defendant's Name: QUINCE ALBERT STEWART     NO. _____

Count #I: 21 U.S.C. § 846; Conspiracy to Possess with Intent to Distribute Cocaine

*Max. Penalty: 10 years' mandatory minimum to life imprisonment; $4,000,000 fine

Count #II: 21 U.S.C. 841(a)(1) Possession with Intent to Distribute Cocaine

*Max. Penalty: 10 years' mandatory minimum to life imprisonment; $4,000,000 fine

Count #III: 18 U.S.C. §924(c); Possession of a firearm

*Max. Penalty: 5 years' imprisonment; $250,000 fine

Count # _____

*Max. Penalty: _____

Count #: _____

Max. Penalty: _____

Count#: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | |
| RAYNOR F. JAMES, ET AL | **CERTIFICATE OF TRIAL ATTORNEY*** |
| | **Superseding Case Information:** |

**Court Division**: (Select One)

___ Miami  ___ Key West
X   FTL     ___ WPB ___ FTP

New Defendant(s)       Yes ___  No ___
Number of New Defendants  ___
Total number of counts    ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) No
   List language and/or dialect ___English___

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days       _X_      Petty        ___
   II   6 to 10 days      ___      Minor        ___
   III  11 to 20 days     ___      Misdem.      ___
   IV   21 to 60 days     ___      Felony       _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) ___Yes___
   If yes:
   Magistrate Case No. _____ 00-4222-Snow _____
   Related Miscellaneous numbers:_____
   Defendant(s) in federal custody as of_____
   Defendant(s) in state custody as of ___James (09/20/00); Stewart (09/20/00)___

   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) _____ No _____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _Yes _X_ No  If yes, was it pending in the Central Region? _ Yes _X_ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5500063

*Penalty Sheet(s) attached                                                    REV.6/27/00