# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Raynor James (J)#   CASE NO: 00-6285-CR-Seitz
AUSA: Terry Thompson  *present*   ATTNY: _____
AGENT: _____   VIOL: 21:846
PROCEEDING: Initial Appearance   BOND REC: PTD REQUESTED
BOND HEARING HELD - yes/no   COUNSEL APPOINTED: (OCT 4 stamp)
___ BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House ___ Electronic Monitoring

X - advised of charges
- will hire an atty.
Carl Lida

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 10-10-00 | 10:00am | Miami/Duty — OC waived |
| PTD/BOND HEARING: | 10-10-00 | 10:00am | Miami/Duty |
| PRELIM/ARRAIGN. OR REMOVAL: | 10-10-00 | 10:00am | Miami/Duty |
| STATUS CONFERENCE: | | | |
| DATE: 10-4-00 | TIME: 11:00am | TAPE #00-077 PG# 3 | |

1900-2294

#8
HA