UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55483-004

UNITED STATES OF AMERICA )
            Plaintiff    )   Case Number: CR 00-6285-CR-Seitz
                         )   REPORT COMMENCING CRIMINAL
    -vs-                 )            ACTION
                         )
James, Raynor            )
_____Defendant

************************************************************
TO: Clerk's Office     MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
************************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 10/4/00       9:00 (am)/pm

(2) Language Spoken: English

(3) Offense(s) Charged: PWID Cocaine

(4) U.S. Citizen  [ ] Yes  [✓] No  [ ] Unknown

(5) Date of Birth: 10/10/54

(6) Type of Charging Document: (check one)
    [✓] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [✓] YES  [ ] NO

Amount of Bond: $ PTD req.
Who set Bond:   Seltzer

(7) Remarks: Detainer Plug BSO

(8) Date: _____  (9) Arresting Officer: _____

(10) Agency: BSO-Pick-up    (11) Phone: _____

(12) Comments: _____

#10
HN