AO 442 (Rev. 12/85) Warrant for Arrest  AUSA Terrence J. Thompson DEA TFO EDDY MARILL (954) 489-1823

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA    509532

UNITED STATES OF AMERICA

V.

RAYNOR E. JAMES

**WARRANT FOR ARREST**

CASE NUMBER: 00-4222-Snow

00-6285 Cr Seitz

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ RAYNOR E. JAMES _____
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to possess with intent to distribute cocaine; and Possess with intent to distribute cocaine;

in violation of Title 21 United States Code, Section(s) 846 and 841(a)(1)

LURANA S. SNOW
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

*[signature] Jimmy Jordan*
Signature of Issuing Officer

9-22-00 - Ft Lauderdale
Date and Location

Bail fixed at $ Pre-trial detention  requested

by *[signature]* Lurana S. Snow
LURANA S. SNOW UNITED STATES MAGISTRATE JUDG
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at detainer p/u from BSO |

| DATE RECEIVED<br>9/22/2000 | NAME AND TITLE OF ARRESTING OFFICER<br><br>James A. Tassone, USM | SIGNATURE OF ARRESTING OFFICER<br><br>Ed Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST<br>10/04/2000 | | |

complaint indicted to case #00-6285-Cr-Seitz

#11
H