AO 442 (Rev. 12/85) Warrant for Arrest   AUSA TERRENCE J. THOMPSON   DEA S/A James Testa 489-1824

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

RAYNOR E. JAMES

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER:

**00-6285**

CR-SEITZ
MAGISTRATE JUDGE
GARBER

YOU ARE HEREBY COMMANDED to arrest _____ RAYNOR E. JAMES _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)   Conspiracy to possess with intent to distribute cocaine; and possession with intent to distribute cocaine

in violation of Title 21 & 18   United States Code, Section(s) 846 & 841(a)(1) and 2

CLARENCE MADDOX
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

BSS
Bail fixed at $ Pre-trial Detention Recommended

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

September 28, 2000, Fort Lauderdale, Florida
Date and Location

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ detainer p/u from BSO |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9/28/2000 | James A. Tassone, USM | Ed Purchase, SDUSM |
| DATE OF ARREST 10/04/2000 | | |

#14
HA