UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 99-2605-DUBBK

v.

00 - 6285 Seitz

RAYNOR JAMES,

    Defendant.

**NOTICE OF LIMITED APPEARANCE FOR THE PRETRIAL DETENTION HEARING IN THE SOUTHERN DISTRICT OF FLORIDA ONLY**

_____/

NOTICE IS HEREBY GIVEN that CARL H. LIDA, ESQUIRE, of the Law Offices of Carl H. Lida, P.A., enters a limited appearance as counsel for Defendant Raynor James for his pretrial detention hearing only in the Southern District of Florida. This notice is not for entry of permanent appearance for the case in chief in the Southern District of Florida or any other proceedings. The Clerk of this Court is requested to send copies of all court notices pertaining to this cause to the undersigned.

I HEREBY CERTIFY a true copy of the foregoing was mailed on October 5, 2000, to: United State Attorney's Office, 99 N.E. 4th Street, #700, Miami, Florida 33132.

Respectfully submitted,

LAW OFFICE OF CAR H. LIDA, P.A.
Counsel for Defendant
8751 W. Broward Boulevard
Suite 305
Plantation, Florida 33324

By:_____
CARL H. LIDA, ESQUIRE
Florida Bar No. 200700