UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6285-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

RAYNOR E. JAMES

**ORDER ON HEARING TO REPORT RE COUNSEL**

FILED by ANO D.C.
MAG. SEC.
OCT 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____ Private counsel _____
appeared in open court and is noted as permanent counsel of record.

_____ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

__✓__ The defendant requested further time to retain counsel and shall appear before the Court on __10-16-00__ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date. PTD 10-16-00; arr 10-24-00

**DONE AND ORDERED** at Miami, Florida this __10TH__ day of __OCTOBER__, 2000.

TAPE NO. 00E-29-739

c: AUSA
   Defense Counsel
   Pretrial Services or Probation
   U.S. Marshal

UNITED STATES MAGISTRATE JUDGE
PETER R. PALERMO

#16