UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAYNOR JAMES,

    Defendant.
_____/

CASE NO. 00-6285-CR-SEITZ
MAG. CASE NO. 00-4222-SNOW

NOTICE OF LIMITED APPEARANCE
FOR THE PRETRIAL DETENTION
HEARING IN THE SOUTHERN
DISTRICT OF FLORIDA ONLY

*[FILED by MAG SEC. OCT 10 2000 CLARENCE MADDOX U.S. DIST. CT. S.D. FLA. MIAMI]*

NOTICE IS HEREBY GIVEN that CARL H. LIDA, ESQUIRE, of the Law Offices of Carl H. Lida, P.A., enters a limited appearance as counsel for Defendant Raynor James for his pretrial detention hearing only in the Southern District of Florida. This notice is not for entry of permanent appearance for the case in chief in the Southern District of Florida or any other proceedings. The Clerk of this Court is requested to send copies of all court notices pertaining to this cause to the undersigned.

I HEREBY CERTIFY a true copy of the foregoing was hand-delivered on October 6, 2000, to: United State Attorney's Office, 99 N.E. 4th Street, #700, Miami, Florida 33132.

    Respectfully submitted,

    LAW OFFICE OF CAR H. LIDA, P.A.
    Counsel for Defendant
    8751 W. Broward Boulevard
    Suite 305
    Plantation, Florida 33324

    By: _____
    CARL H. LIDA, ESQUIRE
    Florida Bar No. 200700