UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO: 00-6285-CR-SEITZ

vs.
RAYNOR JAMES
QUINCE ALBERT STEWART

**ORDER DENYING REQUEST FOR PRE-TRIAL DETENTION**

FILED by _____ D.C.
MAG. SEC.
OCT 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

THIS CAUSE came before the Court for a Pre-Trial Detention hearing. Upon consideration, it is

ORDERED AND ADJUDGED that the Government's request for Pre-Trial Detention is DENIED, bond is set at:

_____ Personal Surety, unsecured, in the amount of $_____.

_____ Personal Surety in the amount of $_____ with \_\_\_% posted with the Clerk of the Court.

_____ Full Cash in the amount of $_____.

X\_\_\_\_ Corporate Surety in the amount of $500,000 WITH NEBBIA.

In addition to the standard conditions of bond, the following special conditions are hereby imposed:
( ) **Surrender all travel documents to Pretrial Services Office.**
( ) **Travel restricted to Southern District of Florida.**
( ) **Report to Pretrial Services** _____ **times/week in person,** _____ **times/week by phone.**
( ) **Curfew imposed 7 days a week, from** \_\_\_\_ **p.m. to** \_\_\_\_**a.m.**
( ) **Defendant shall maintain present residence.**
( ) **Refrain from possessing a firearm, destructive device or other dangerous weapons.**
( ) **Maintain/actively seek full-time gainful employment or educational program.**
( ) **Stay away from commercial transportation facilities or marinas.**
( ) **Electronic monitoring; expenses to be paid by the defendant.**
( ) **Comply with the following additional special conditions of this bond:** _____.

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is:_____.
DONE AND ORDERED at Miami, Florida this 16 day of OCTOBER, 2000.
Tape No:00G81-1775
c: U.S. Attorney
   Defense Counsel                    _____
   U.S. Pretrial Services             UNITED STATES MAGISTRATE JUDGE
                                      WILLIAM C. TURNOFF