FILED BY_____D.C.

2000 OCT 24 AM 10: 48

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6285-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

RAYNOR E. JAMES

**ORDER ON HEARING TO**
**REPORT RE COUNSEL**

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____ Private counsel_____
appeared in open court and is noted as permanent counsel of record.

_____ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

__X__ The defendant requested further time to retain counsel and shall appear before the Court on _10-26_ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date. & arraignment

**DONE AND ORDERED** at Miami, Florida this __24th__ day of __OCTOBER__, 20_00_.

TAPE NO. 00B-_72-107_

c: AUSA
   Defense Counsel
   Pretrial Services or Probation
   U.S. Marshal

_____
UNITED STATES MAGISTRATE JUDGE
TED E. BANDSTRA