

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6285-CR-SEITZ

UNITED STATES OF AMERICA,

vs.                                    **ORDER ON HEARING TO**
RAYNOR JAMES,                          **REPORT RE COUNSEL**

---

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

__X__   Private counsel _Carl Lida_ appeared in open court and is noted as permanent counsel of record.

_____   The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____   The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

_____   The defendant requested further time to retain counsel and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

**DONE AND ORDERED** at Miami, Florida this ___26___ day of ___OCTOBER___, 20_00_.

TAPE NO. 00B- _6B 73-3030_

_____
UNITED STATES MAGISTRATE JUDGE
TED E. BANDSTRA

c: AUSA
   Defense Counsel
   Pretrial Services or Probation
   U.S. Marshal

#26
H/\