

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6285-CR-SEITZ

UNITED STATES OF AMERICA,

vs.                                    **ARRAIGNMENT INFORMATION SHEET**

RAYNOR JAMES

                                       Jail No.: 55483-004

          Defendant.                   Language: English
_____/

    The above-named Defendant appeared before **Magistrate Judge TED E. BANDSTRA**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:              Address: _____

                                 _____

                        Tel. No: _____

Defense Counsel:   Name : Carl lidv
                         8751 W. Broward Blvd 305
                         Plantation FL 33324

                        Tel. No. _____

Bond Set/Continued:     $500K CSB   NEBBIA

Dated this 26TH day of OCTOBER, 2000.

                        CLARENCE MADDOX, COURT ADMINISTRATOR

                        BY PATRICIA FITZPATRICK
                           Deputy Clerk

c: Clerk for Judge
   U.S. Attorney                      TAPE NO. 00B-73-3050
   Defense Counsel                    DIGITAL START NO. _____
   Pretrial Services

#27
H1