UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 00-6285-CR-SEITZ

v.

**UNOPPOSED**
**MOTION FOR CONTINUANCE**

RAYNOR JAMES

_____/

Comes now the defendant, Raynor James, by and through his undersigned counsel and pursuant to the Federal Rules of Criminal Procedure and the Local Rules of the Southern District of Florida, and files this motion for continuance of the Calendar Call presently scheduled on November 29, 2000, and the Trial date set for December 4, 2000, and states as grounds the following:

1. Counsel for defendant, Raynor James, is scheduled to be in trial in *USA v. Otacilio Rocha, Case No. 99-7180-Cr-Gold*, beginning November 27, 2000 for two to three weeks.

2. Counsel will be unavailable to attend the Calendar Call presently scheduled in this case on November 29, 2000, or the Trial set for December 4, 2000.

3. Counsel has spoken with AUSA Terrence Thompson who has no objection to this motion being granted.

Wherefore the defendant prays this honorable court will grant his Unopposed Motion for Continuance.

Respectfully submitted,
LAW OFFICES OF CARL H. LIDA, P.A.
8751 W. Broward Blvd., Suite 305
Plantation, Florida 33324

By:_____
CARL H. LIDA, ESQUIRE
Florida Bar No. 200700

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was mailed on November 8, 2000, to: AUSA Terrence Thompson, 500 E. Broward Boulevard, Fort Lauderdale, FL 33394; and Jason Grey, Esq., 1571 N.W. 13th Court, Miami, FL 33125.

By: _____
CARL H. LIDA, ESQUIRE