UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6285-CR-SEITZ

UNITED STATES OF AMERICA

v.

RAYNOR JAMES and
QUINCE ALBERT STEWART

_____/

FILED by _____ D.C.

NOV 29 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING CONTINUANCE

This cause came before the Court on Defendant James's Unopposed Motion for Continuance. After due consideration, it is

ORDERED AND ADJUDGED that the trial in this case is hereby continued to the two-week calendar commencing **January 16, 2001**. Counsel shall report to a calendar call to be held on **January 10, 2001, at 1:15 p.m.**; it being further

ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C, §3161(h)(8)(A). This Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED this 27th day of November, 2000.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Terrence Thompson, AUSA
Carl H. Lida, Esq.
Jason Grey, Esq.

#33