CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE PATRICIA A. SEITZ, JUDGE

FILED by ___ D.C.
JAN 1 0 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

Case No. 00-6285-Cr    Date 1/10/01
Clerk H Webb         Reporter tape
USPO _____        Interpreter _____

UNITED STATES OF AMERICA v. Jamus & Stewart

AUSA K. Rice         Defense Counsel C. Lida + J. Green

Defendant(s): Present ___ Not Present _X_ In Custody ___
Reason for Hearing: Calendar Call

Result of Hearing:
Δ Jamus reqs Conf. due to translation of transcripts; Δ Stewart joins in motion. Case to remain on calendar call at last 1/12. Govt to advise by Fri. how many tapes it will use.

Misc.: Status due from parties on 1/17 @ 8:30. Stewart says he will be filing suppression motion - must be filed by Fri - 1/12.

Case Continued to: _____ Time _____ For __34__