CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JAN 17 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

HONORABLE PATRICIA A. SEITZ, JUDGE

Case No. 00-6285-CR         Date 1/17/01
Clerk L. Webb               Reporter P. Ehrlich
USPO No                     Interpreter No

UNITED STATES OF AMERICA v. James + Stewart

AUSA R. Rice                Defense Counsel J. Greey + C. Lida

Defendant(s): Present ___ Not Present X In Custody ___
Reason for Hearing: Status Conference

Result of Hearing: Case will take 2 days to try.

Tues 1/24 hrg on m/suppress @ 10:00 (1 hour).
Lida will go to trial with Judge Sharp in Orlando. (Lida may have conflict w/ Gov't witness.

Misc.: Counsel will notify Chambers when Sharp case is over.
Trial will not start before 1/24. May start 1/25 or may roll over to 1/29 (if Lida in trial until Wed w/ Sharp).

Case Continued to: _____ Time _____ For _____

Gov't will provide Δ transcripts, Δ will have their interpreters review them.