# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE PATRICIA A. SEITZ, JUDGE

FILED by _____ D.C.
JAN 29 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6285-Cr   Date 1/29/01
Clerk L. Webb   Reporter D. Ehrlich
USPO No   Interpreter No

UNITED STATES OF AMERICA v. Raymor E. James

AUSA K. Rice   Defense Counsel C. Lidca

Defendant(s): Present  X   Not Present _____   In Custody Yes
Reason for Hearing: Change of plea to Count 1

Result of Hearing: Adjudicated guilty, referred to probation

Sent 4/9 @ 8:30

Misc.: _____

Case Continued to: _____   Time _____   For _____