UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA,  )
                               )    CASE NUMBER
         PLAINTIFF,            )    00-6285-CR-SEITZ
                               )
    VS.                        )
                               )
RAYNOR E. JAMES, AND           )    THIS VOLUME:
QUINCE ALBERT STEWART,         )    PAGES 1 - 6
                               )
         DEFENDANTS.           )
_____)

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF INITIAL APPEARANCE HAD BEFORE THE

HONORABLE PETER R. PALERMO, IN MIAMI, MIAMI-DADE COUNTY,

FLORIDA, ON OCTOBER 10, 2000, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:      EDWARD STAMM, A.U.S.A.

FOR DEFENDANT JAMES:     CARL LIDA, ESQ.

FOR DEFENDANT STEWART:   JASON P. GREY, ESQ.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

