UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>       PLAINTIFF, )<br>)<br>  VS. )<br>)<br>RAYNOR E. JAMES, AND )<br>QUINCE ALBERT STEWART, )<br>)<br>       DEFENDANTS. )<br>_____) | CASE NUMBER<br>00-6285-CR-SEITZ<br><br><br><br>THIS VOLUME:<br>PAGES 1 - 29 |

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF PRETRIAL DETENTION HEARING HAD BEFORE THE HONORABLE WILLIAM C. TURNOFF, IN MIAMI, MIAMI-DADE COUNTY, FLORIDA, ON OCTOBER 16, 2000, IN THE ABOVE-STYLED MATTER.


APPEARANCES:

FOR THE GOVERNMENT:     BERNARDO PASTOR, A.U.S.A.

FOR DEFENDANT JAMES:    CARL LIDA, ESQ.

FOR DEFENDANT STEWART:  JASON P. GREY, ESQ.


CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488