UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6285-CR-SEITZ/GARBER

NIGHT BOX
FILED

- 3 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| RAYNOR JAMES | ) |
| | ) |

## MOTION FOR SENTENCE REDUCTION PURSUANT TO U.S.S.G §5K1.1

The United States of America, by and through the undersigned Assistant United States Attorney, hereby states that the defendant RAYNOR JAMES has provided substantial assistance in the prosecution of another person who has committed an offense, and therefore moves that the Court depart from the otherwise applicable guideline sentence in this case.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765
500 E. Broward Blvd, Ste 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7306, ext. 3512
Facsimile: (954) 356-7336

cc: Special Agent Jim Testa
Drug Enforcement Administration



CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by United States Mail this 3rd day of April, 2001 to: Carl Lida, Esquire, 8751 West Broward Boulevard, Suite 305, Plantation, Florida 33324.

KATHLEEN RICE
ASSISTANT U.S. ATTORNEY