FILED by ___ D.C.
APR - 9 2001
CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Sentencing Minutes for Hon. Patricia A. Seitz

DATE __April 9, 2001__ DEFT. __RAYNOR E. JAMES__ CASE # __00-6285-CR-SEITZ__
REPORTER __David Ehrlich__ CLERK __Wilma Jackson__
AUSA __Kathleen Rice, Esq.__ DEFT. COUNSEL __Carl H. Lida, Esq.__
UPSO __TODD EISINGER__

( ) Deft. failed to appear - warrant to issue. Bond forfeited.
( ) Sentencing continued until _____ at _____
(✓) JUDGMENT AND SENTENCE

On Ct. _1_ Imprisonment for ____ years _26_ months ____ days
On Ct. ____ Imprisonment for ____ years ____ months ____ days
On Ct. ____ Imprisonment for ____ years ____ months ____ days
On Ct. ____ Imprisonment for ____ years ____ months ____ days
On Ct. ____ Imprisonment for ____ years ____ months ____ days

(✓) Custody of Defendant:
  (✓) Remanded to the United States Marshal
  ( ) Voluntary Surrender to (designated institution or U.S. Marshal) on _____ before 2:00 p.m.
  ( ) Defendant released on _____ bond pending appeal
  (✓) Commitment recommendation: _min security in So FL/F/A_

Supervised Release: _3 yrs deport._

Assessment: _$100.00_
Other: (Fine, restitution, etc.) _No fine_

( ) Additional comments: _5K - granted_