DEFENDANT: RAYNOR E. JAMES
CASE NUMBER: 00-6285-CR-SEITZ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **26 Months**.

The Court recommends to the Bureau of Prisons:

    Minimum security in So. Florida or Florida

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on __5-4-01__ to __BOP FCI Miami__ at __Miami, FL__, with a certified copy of this judgment.

                              Ed Gonzalez, Warden
                              ~~UNITED STATES MARSHAL~~

                      By: Tina Nolan, Lt
                           ~~Deputy U.S. Marshal~~

# United States District Court
## Southern District of Florida
### FT. LAUDERDALE DIVISION

FILED by _____ D.C.
APR - 9 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

v.

RAYNOR E. JAMES

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: 00-6285-CR-SEITZ

Counsel For Defendant: Carl H. Lida, Esq.
Counsel For The United States: Kathleen Rice, Esq.
Court Reporter: David Ehrlich

The defendant pleaded guilty to Count One of the Indictment. Accordingly, the defendant is adjudged guilty of such count(s) which involves the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute at least Five Kilograms of Cocaine | September 20, 2000 | One |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count(s) Two is dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No. 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
Defendant's Date of Birth: October 10, 1954
Deft's U.S. Marshal No.: 55483-004

Defendant's Mailing Address:
590 S.W. 27 AVE., #4
Ft. Lauderdale, FL 33312

Defendant's Residence Address:
590 S.W. 27 AVE., #4
Ft. Lauderdale, FL 33312

Date of Imposition of Sentence:
April 9, 2001

PATRICIA A. SEITZ
United States District Judge

April __9__, 2001

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 4/9/01